**ORDERED SEALED BY COURT**
UNSEALED AS OF 12/2/2014

KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California State Bar No. 118598
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2007 DEC 18 PM 4:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint for ) Case No. '07 MJ 2930
)
JOSE VILLAREAL-RAMOS ) **ORDER SEALING COMPLAINT**
) **AND ARREST WARRANT**
)
_____ )

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, that is, a continuing criminal investigation,

IT IS HEREBY ORDERED that the arrest warrants, complaint and Affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: December 18, 2007.

_____
WILLIAM McCURINE, Jr
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
FRED SHEPPARD
Assistant U.S. Attorney