FILED

08 JAN -9 PM 3:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PM  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0095  BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE VILLAREAL-RAMOS (1),<br>CONCEPCION GARCIA-OROZCO (2),<br>ISAAC RAMIREZ-MARQUEZ (3),<br>SERGIO PRECIADO-DIAZ (4),<br><br>    Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii),<br>(iii) and (v)(I) - Conspiracy to<br>Transport and Harbor Illegal<br>Aliens; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding<br>and Abetting; Title 8,<br>U.S.C., Secs. 1324(a)(1)(A)(iii)<br>and (v)(II) - Harboring Illegal<br>Aliens and Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Attempted Transportation<br>of Illegal Aliens and Aiding<br>and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including December 21, 2007, within the Southern District of California, and elsewhere, defendants JOSE VILLAREAL-RAMOS, CONCEPCION GARCIA-OROZCO, ISAAC RAMIREZ-MARQUEZ and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and

FAS:nlv(2):San Diego
1/9/08

with other persons unknown to the grand jury, to commit offenses against the United States as set forth below: (a) to knowingly transport illegal aliens; and (b) to knowingly harbor illegal aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (iii) and (v)(I).

<u>OVERT ACTS</u>

In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about December 8, 2007, defendant JOSE VILLAREAL-RAMOS guided Fernando Hernandez-Vazquez (a native of Republic of Mexico without permission to enter or remain in the United States) from the Republic of Mexico to the United States, in order that Fernando Hernandez-Vazquez be transported to a load house operated by defendant CONCEPCION GARCIA-OROZCO.

2. On or about December 8, 2007, Fernando Hernandez-Vazquez arrived at a load house, located at 425 17th Ave., National City, CA, operated by defendant CONCEPCION GARCIA-OROZCO, and was concealed and cared for by defendant CONCEPCION GARCIA-OROZCO.

3. On or about December 11, 2007, defendant JOSE VILLAREAL-RAMOS guided Jose Francisco Sanchez-Rubi (a native of Republic of Mexico without permission to enter or remain in the United States) from the Republic of Mexico to the United States, in order that Jose Francisco Sanchez-Rubi be transported to a load house operated by defendant CONCEPCION GARCIA-OROZCO.

4. On or about December 8, 2007, Jose Francisco Sanchez-Rubi arrived at a load house, located at 425 17th Ave., National City, CA, operated by defendant CONCEPCION GARCIA-OROZCO, and was concealed and cared for by defendant CONCEPCION GARCIA-OROZCO.

5. On or about December 12, 2007, defendant ISAAC RAMIREZ MARQUEZ picked up Fernando Hernandez-Vazquez and Jose Francisco Sanchez-Rubi from the load house located at 425 17th Ave., National City, California, operated by defendant CONCEPCION GARCIA-OROZCO, in order to drive both individuals to the Los Angeles, California area.

6. On or about December 21, 2007, defendant SERGIO PRECIADO-GARCIA drove Hector Guzman-Garcia (a native of Republic of Mexico without permission to enter or remain in the United States) from a load house in the Los Angeles, California area, to the load house located at 425 17th Ave., National City, California, operated by defendant CONCEPCION GARCIA-OROZCO.

7. On or about December 21, 2007, Mirta Lolanda Luna-Portillo (a native of Republic of Mexico without permission to enter or remain in the United States), Hector Guzman-Garcia and Jamie Antonio Preciado-Garcia (both a native of Republic of Mexico without permission to enter or remain in the United States) were being concealed and cared for at 425 17th Ave., National City, California, operated by defendant CONCEPCION GARCIA-OROZCO.

//
//

8. On or about December 21, 2007, defendant SERGIO PRECIADO-GARCIA placed Jamie Antonio Preciado-Garcia in a vehicle from the load house located at 425 17th Ave., National City, California, in order to be driven to a load house in the Los Angeles, California area.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (iii) and (v)(I).

## Count 2

On or about December 8, 2007, within the Southern District of California, defendants JOSE VILLAREAL-RAMOS, CONCEPCION GARCIA-OROZCO and ISAAC RAMIREZ MARQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Francisco Sanchez-Rubi, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 3

On or about December 11, 2007, within the Southern District of California, defendants JOSE VILLAREAL-RAMOS, CONCEPCION GARCIA-OROZCO and ISAAC RAMIREZ MARQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fernando Hernandez-Vazquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in

//

violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 4

On or about December 12, 2007, within the Southern District of California, defendants JOSE VILLAREAL-RAMOS, CONCEPCION GARCIA-OROZCO and ISAAC RAMIREZ MARQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Francisco Sanchez-Rubi, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 5

On or about December 12, 2007, within the Southern District of California, defendants JOSE VILLAREAL-RAMOS, CONCEPCION GARCIA-OROZCO and ISAAC RAMIREZ MARQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fernando Hernandez-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 6

On or about December 21, 2007, within the Southern District of California, defendants CONCEPCION GARCIA-OROZCO and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mirta Yolanda Luna-Portillo, had come to, entered and remained

in the United States in violation of law, did conceal, harbor and shield from detection such alien in a house located at 425 West 17th Street, National City, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

### Count 7

On or about December 21, 2007, within the Southern District of California, defendants CONCEPCION GARCIA-OROZCO and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Guzman-Garcia, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a house located at 425 West 17th Street, National City, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

### Count 8

On or about December 21, 2007, within the Southern District of California, defendants CONCEPCION GARCIA-OROZCO and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Guzman-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//
//

Count 9

On or about December 21, 2007, within the Southern District of California, defendants CONCEPCION GARCIA-OROZCO and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jaime Antonio Preciado-Garcia, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a house located at 425 West 17th Street, National City, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

Count 10

On or about December 21, 2007, within the Southern District of California, defendants CONCEPCION GARCIA-OROZCO and SERGIO PRECIADO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jaime Antonio Preciado-Garcia, had come to, entered and remained in the United States in violation of law, did attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED A. SHEPPARD, III
Assistant U.S. Attorney