1  Mayfield & Associates - Attorneys at Law
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  Melissa L. Bustarde, Esq. Bar. No. 239062
   Christopher Y. Lock, Esq., Bar No. 246815
3  462 Stevens Avenue, Suite 303
   Solana Beach, CA 92075-2066
4  Tel: (858) 793-8090
   Fax: (858) 793-8099
5

6  Attorneys for: Material Witnesses FERNANDO HERNANDEZ-VASQUEZ and JOSE

7  SANCHEZ-RUBI

8

9                     UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        | Criminal Case No. 08 cr 0095
                                      | Mag. Docket No.  07 mj 2930
12 |        Plaintiff,
                                      | **PROOF OF SERVICE VIA E-FILE**
13 |   v.                             | **[Fed. R. Civ. Pro. 4, Local Rule 5]**

14 | JOSE VILLAREAL-RAMOS (1),

15 | CONCEPCION GARCIA-OROZCO (2),

16 | ISAAC RAMIREZ-MARQUEZ (3),

17 | SERGIO PRECIADO-DIAZ (4),

18
19 |        Defendants.

20

21
         I, Christopher Lock, declare as follows:
22
         1.      I am over eighteen years of age and not a party to the above-referenced action; my
23
   business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am
24
   employed in San Diego County, California.
25
         2.      On January 23, 2008, electronic copies of the following document were
26
   electronically served on the following parties in Case No. 08 mj 2930/08 cr 0095:
27

28
                                    **1 of 2**
                              United States v. Villareal-Ramos, et al. (08 mj 2930)(08 cr 0095)
                                                                    Proof of Service Via E-File

- **Joinder of Material Witnesses Fernando Hernandez-Vasquez and Jose Sanchez-Rubi to Motion for Video Deposition and Release**

| | |
|---|---|
| Frank Sheppard, A.U.S.A | Merle N. Schneidewind, Esq. |
| Efile.dkt.gc2@usdoj.gov | atymerle@pacbell.net |
| | |
| Benjamin P. Lechman, Esq. | Leila Morgan, Esq. |
| benlechman@hotmail.com | Leila_Morgan@fd.org |

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on January 23, 2008.

Christopher Lock

2 of 2

United States v. Villareal-Ramos, et al. (08 mj 2930)(08 cr 0095)
Proof of Service Via E-File