| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | STEWART M. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 /(619) 235-4716 (Fax) |
|   | Email: stewart.young@usdoj.gov@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8                               UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0095 BEN |
|    |                            | ) | |
| 11 | Plaintiff,                 | ) | |
|    |                            | ) | NOTICE OF APPEARANCE |
| 12 | v.                         | ) | |
|    |                            | ) | |
| 13 | JOSE VILLAREAL-RAMOS (1),  | ) | |
|    | CONCEPCION GARCIA-OROZCO (2), | ) | |
| 14 | ISAAC RAMIREZ-MARQUEZ (3), and | ) | |
|    | SERGIO PRECIADO-DIAZ (4),  | ) | |
| 15 |                            | ) | |
|    | Defendants.                | ) | |
| 16 | | | |

18    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20        I certify that I am admitted to practice in this court or authorized to practice under CivLR

21    83.3.c.3-4.

22        The following government attorneys (who are admitted to practice in this court or authorized

23    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

24    counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

25    activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Fred Sheppard | | | |

1
2
3
4
5
6
7   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
8   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
|      |     |           |               |

11  DATED: February 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Stewart M. Young*
STEWART M. YOUNG
Assistant United States Attorney

Notice of Appearance
United States v. Villareal-Ramos, et al.        2                      08-CR-0095 BEN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>       v.<br><br>JOSE VILLAREAL-RAMOS (1),<br>CONCEPCION GARCIA-OROZCO (2),<br>ISAAC RAMIREZ-MARQUEZ (3), and<br>SERGIO PRECIADO-DIAZ (4),<br><br>       Defendants. | Case No. 08-CR-0095 BEN<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

   I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Leila Morgan, Esq.
   Leila_morgan@fd.org

   2. Benjamin Lechman, Esq.
   Benlechman@hotmail.com

   3.

   4. Merle Schneidewind, Esq.
   Atymerle@pacbell.net

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 4, 2008.

           s/ *Stewart M. Young*
           STEWART M. YOUNG

Notice of Appearance
United States v. Villareal-Ramos, et al.                                    08-CR-0095 BEN