UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Jose Villareal-Ramos, Et Al )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR95-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Francisco Sanchez-Rubi

DATED: 2/7/08

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

J. Jaradek