1  KAREN P. HEWITT
   United States Attorney
2  STEWART M. YOUNG
   Assistant United States Attorney
3  California State Bar No. 234889
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6229
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-95 BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON |
| JOSE VILLAREAL-RAMOS (1), | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Stewart M. Young, Assistant United States Attorney, and defendant JOSE VILLAREAL-RAMOS, by and through and with the advice and consent of defense counsel, Leila Morgan, Esq., that:

1. Defendant agrees to execute this stipulation on or before (a) a material witness deposition is held and further agrees to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into the stipulation. Defendant further agrees to plead guilty to count 8 of the Indictment charging defendant with Transportation of Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II).

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government before or on the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

before March 30, 2008.

4. The material witnesses in this case, Fernando Hernandez-Vasquez, Jose Francisco Sanchez-Rubi, Hector Guzman-Garcia, Mirta Lolanda Luna-Portillo, Jaime Antonio Preciado-Garcia, :

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about December 12, 2007 or December 21, 2007;

    c. Were found in the presence of a footguide, defendant JOSE VILLAREAL-RAMOS, or in a vehicle driven by co-defendant Sergio Preciado-Garcia, or in a house and harbored by caretaker co-defendant Concepcion Garcia-Orozco, who knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying or having others pay on their behalf, to defendant or others, to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

1  "testimonial: hearsay statements are not admissible against a defendant unless defendant confronted
2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
3  waives the right to confront and cross-examine the material witness(es) in this case.

4      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
5  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies
6  further that defendant has discussed the terms of this stipulation and joint motion with defense
7  counsel and fully understands its meaning and effect.

8      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
9  immediate release and remand of the above-named material witness(es) to the Department of
10 Homeland Security for return to their country of origin.

12     It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

16 Dated: 3/26/08

STEWART M. YOUNG
Assistant United States Attorney

19 Dated: 3/27/2008

LEILA MORGAN, ESQ
Defense Counsel for JOSE VILLAREAL-RAMOS

21 Dated: 3/27/2008

José Eduardo V.R.
JOSE VILLAREAL-RAMOS
Defendant

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Villareal-Ramos    3    08CR95 BEN

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 5/27/08

_____
United States Magistrate Judge